IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01249-REB-KLM

JANEEN MEDINA, on behalf of herself, individually, and on behalf of all others similarly situated, and on behalf of CHI Plans,

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES, a Colorado Non-profit Corporation,
PATRICIA G. WEBB, an individual,
CAROL KEENAN, an individual, and
JOHN AND JANE DOES, each an individual, 1-20

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion to Dismiss with Memorandum in Support** [Docket No. 23; Filed July 30, 2012] (the "Motion to Dismiss") and **Plaintiff's Unopposed Motion for Extension of Time and to Enlarge Page Limit** [Docket No. 41; Filed August 2, 2013] (the "Extension Motion," and collectively with the Motion to Dismiss, the "Motions"). In the Extension Motion, Plaintiff requests that her deadline to respond to the Motion to Dismiss [#23] be extended and that she be allowed to file a response of up to 30 pages.

    On August 5, 2013, Defendants filed Defendants' First Amended Motion to Dismiss with Memorandum in Support [#43]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motions [##23, 41] are **DENIED as moot**.

    Dated: August 15, 2013