IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01249-REB-KLM

JANEEN MEDINA, on behalf of herself, individually, and on behalf of all others similarly situated, and on behalf of CHI Plans,

      Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES, a Colorado Non-profit Corporation,
PATRICIA G. WEBB, an individual,
CAROL KEENAN, an individual, and
JOHN AND JANE DOES, each an individual, 1-20

      Defendants.

_____

**MINUTE ORDER**

_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Unopposed Motion for Entry of Stipulated Protective Order** [Docket No. 69; Filed October 2, 2013] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#69] is **GRANTED**.  Accordingly,

      IT IS FURTHER **ORDERED** that the Protective Order attached as Exhibit 1 to the Motion [#69] is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

      Dated:  October 3, 2013