**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01249-REB-KLM

JANEEN MEDINA, individually, on behalf of all others similarly situated, and on behalf of the CHI Plans,

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES, a Colorado non-profit corporation,
PATRICIA G. WEBB, an individual,
CAROL KEENAN, an individual, and
JOHN and JANE DOES, each an individual, 1-20,

    Defendants.

## MINUTE ORDER[1]

On September 23, 2013, Magistrate Judge Kristen L. Mix held a Rule 16(b) Scheduling Conference in this case. A new deadline was entered for an amended motion for class certification. Based on this new deadline, the court has concluded that **Plaintiff's Motion for Class Certification and Appointment of Class Counsel and Supporting Memorandum** [#57] filed August 29, 2013, should be denied as moot.

    **THEREFORE, IT IS ORDERED** that **Plaintiff's Motion for Class Certification and Appointment of Class Counsel and Supporting Memorandum** [#57] filed August 29, 2013, is **DENIED** as moot.

    Dated: October 31, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.