**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01249-REB-KLM

JANEEN MEDINA,
RHETT J. DUDLEY, AND
ARIC B. FOWLER, individually, and on behalf of all others similarly situated, and on behalf of the CHI Plans,

    Plaintiffs,

v.

CATHOLIC HEALTH INITIATIVES, a Colorado corporation,
GERALDINE BEDNASH,
MAUREEN COMER,
RICHARD CORRENTE,
DAVID R. EDWARDS,
KATHERINE GRAY,
BARBARA HAGEDORN,
JAMES HAMILL,
ANTOINETTE HARDY-WALLER,
PHYLLIS HUGHES,
DONALD JONES,
ANDREA J. LEE,
DAVID R. LINCOLN,
KEVIN E. LOFTON,
CHRISTOPHER R. LOWNEY,
ELEANOR F. MARTIN,
MARY MARGARET MOONEY,
LILLIAN MURPHY,
MARY JO POTTER,
PARTICIA SMITH,
EDWARD SPEED,
DEAN SWINDLE,
PATRICIA G. WEBB, and
JOHN and JANE DOES, 1-10, whose true names are unknown,

    Defendant.

**ORDER OF DISMISSAL AS TO DEFENDANT CAROL KEENAN, ONLY**

**Blackburn, J.**

The matter is before me on the **Stipulation of Voluntary Dismissal of Defendant Carol Keenan** [#119][1] filed December 23, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that plaintiffs' claims against defendant, Carol Keenan, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Voluntary Dismissal of Defendant Carol Keenan** [#119] filed December 23, 2013, is **APPROVED**;

2. That plaintiffs' claims against defendant, Carol Keenan, are **DISMISSED WITHOUT PREJUDICE**; and

3. That defendant, Carol Keenan, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated December 31, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1] "[#119]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.