# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-01249-REB-KLM

JANEEN MEDINA, and
RHETT J. DUDLEY, individually, and on behalf of all others similarly situated, and on behalf of the CHI Plans,

    Plaintiffs,

v.

CATHOLIC HEALTH INITIATIVES, a Colorado corporation,
GERALDINE BEDNASH,
MAUREEN COMER,
RICHARD CORRENTE,
DAVID R. EDWARDS,
KATHERINE GRAY,
BARBARA HAGEDORN,
JAMES HAMILL,
ANTOINETTE HARDY-WALLER,
PHYLLIS HUGHES,
DONALD JONES,
ANDREA J. LEE,
DAVID R. LINCOLN,
KEVIN E. LOFTON,
CHRISTOPHER R. LOWNEY,
ELEANOR F. MARTIN,
MARY MARGARET MOONEY,
LILLIAN MURPHY,
MARY JO POTTER,
PARTICIA SMITH,
EDWARD SPEED,
DEAN SWINDLE,
PATRICIA G. WEBB, and
JOHN and JANE DOES, 1-10, whose true names are unknown,

    Defendant.

## ORDER OF DISMISSAL AS TO PLAINTIFF, RHETT J. DUDLEY, ONLY

**Blackburn, J.**
    The matter is before me on the **Stipulation of Dismissal of Plaintiff Rhett J.**

**Dudley, Pursuant to FED. R. CIV. P.41(a)(1)(A)(ii)** [#120][1] filed December 23, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that the claims of the plaintiff, Rhett J. Dudley, against the defendants should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal of Plaintiff Rhett J. Dudley's, Pursuant to FED. R. CIV. P.41(a)(1)(A)(ii)** [#120] filed December 23, 2013, is **APPROVED**;

    2. That the claims of the plaintiff, Rhett J. Dudley, against the defendants are **DISMISSED WITHOUT PREJUDICE**; and

    3. That plaintiff, Rhett J. Dudley, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

    Dated January 28, 2014, at Denver, Colorado.

                                           **BY THE COURT:**

                                           */s/ Bob Blackburn*
                                           Robert E. Blackburn
                                           United States District Judge

---

[1] "[#120]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.