IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01249-REB-KLM

JANEEN MEDINA,

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES, a Colorado Corporation,
GERALDINE BEDNASH,
MAUREEN COMER,
RICHARD CORRENTE,
DAVID R. EDWARDS,
KATHERINE GRAY,
BARBARA HAGEDORN,
JAMES HAMILL,
ANTOINETTE HARDY-WALLER,
PHYLLIS HUGHES,
DONALD JONES,
ANDREA J. LEE,
DAVID R. LINCOLN,
KEVIN E. LOFTON,
CHRISTOPHER R. LOWNEY,
ELEANOR F. MARTIN,
MARY MARGARET MOONEY,
LILLIAN MURPHY,
MARY JO POTTER,
PATRICIA SMITH,
EDWARD SPEED,
DEAN SWINDLE,
PATRICIA G. WEBB, and
JOHN AND JANE DOES, 1-10, whose true names are unknown,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion Requesting Oral Argument**

1

**on Defendants' Motion to Dismiss Plaintiffs' Amended Complaint** [#182][1] (the "Motion") and a May 14, 2014 telephone conference with counsel for the parties.[2]

IT IS HEREBY **ORDERED** that the Motion [#182] is **GRANTED**.  Accordingly,

IT IS FURTHER **ORDERED** that a Motion Hearing is **SET** for **June 24, 2014** at **1:30 p.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  The purpose of the hearing is for the parties to offer argument regarding: (1) Defendants' Motion to Dismiss Plaintiffs' Amended Complaint with Memorandum in Support [#123] and (2) Plaintiff's Motion for Partial Summary Judgment [#140].  Each side will have one hour to argue both motions and may allot their hour between the two motions as they see fit.

Dated:  May 14, 2014

---

[1] "[#182]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.

[2] The Court may rule on a pending motion at any time.  D.C.COLO.LCivR 7.1(d).