**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01249-REB-KLM

JANEEN MEDINA, individually, and on behalf of all others similarly situated, and on behalf of the CHI Plans,

     Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES, a Colorado corporation, et al.,

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

**Blackburn, J.**

     This matter is before me on **Plaintiff's Response to Order To Show Cause** [#81],[1] filed November 21, 2013.  Plaintiff's response discharges her obligations under my **Order To Show Cause** [#77], filed October 31, 2013.  Having considered the response and the applicable authorities cited and arguments advanced therein, I conclude that this matter should be set for bench trial.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Order To Show Cause** [#77], filed October 31, 2013, is **DISCHARGED**; and

     2. That the a telephonic setting conference is **SET** for **Tuesday, October 14, 2014**, at **10:00 a.m.** to schedule this matter for a combined Final Pretrial Conference and Trial Preparation Conference and bench trial; provided that the parties shall contact

---

[1] "[#81]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and  electronic case filing system (CM/ECF).  I use this convention throughout this order.

the court's Judicial Assistant, Ms. Susan Schmitz, at (303) 335-2350 via conference call to set these matters; and provided that counsel for plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated September 30, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge