**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01249-REB-KLM

JANEEN MEDINA, individually, and on behalf of all others similarly situated, and on behalf of the CHI Plans,

      Plaintiff,
v.

CATHOLIC HEALTH INITIATIVES, et al.,

      Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Final Judgment is hereby entered.

Pursuant to the **Order Re: Motions for Summary Judgment** [#381] of Judge Robert E. Blackburn entered on December 8, 2015, it is

ORDERED that judgment with prejudice shall enter on behalf of defendants, Catholic Health Initiatives, a Colorado corporation; Geraldine Bednash; Maureen Comer; Richard Corrente; David R. Edwards; Katherine Gray; Barbara Hagedorn; James Hamill; Antoinette Hardy-Waller; Phyllis Hughs; Donald Jones; Andrea J. Lee; David R. Lincoln; Kevin E. Lofton; Christopher R. Lowney; Eleanor F. Martin; Mary Margaret Mooney; Lillian Murphy; Mary Jo Potter; Patricia Smith; Edward Speed; Dean Swindle; Patricia G. Webb; and John and Jane Does 1-10, and against plaintiff, Janeen Medina, individually and on behalf of all others similarly situated, and on behalf of the CHI Plans; and; it is

ORDERED that defendants are awarded their costs to be taxed by the clerk of the court in the time and manner required by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 8th day of December, 2015.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                    By: s/  K. Finney

                                K. Finney
                                Deputy Clerk