**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 1:13-CV-01249-REB-KLM

JANEEN MEDINA, individually, and on behalf of all others similarly situated, and on behalf of the CHI Plans,

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES, et al.,

    Defendants.

## ORDER EXONERATING BOND

**Blackburn**, **J.**

This matter is before me on the parties' **Stipulation To Exonerate Bond** [#446],[1] filed February 15, 2018. Having considered the stipulation and being advised of the premises, I find good cause exists to exonerate the supersedeas bond previously posted in this case, and therefore the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Stipulation To Exonerate Bond** [#446], filed February 15, 2018, is approved;

2. That the cash supersedeas bond in the amount of $67,278.50, posted in this matter, ECF No. 437, is exonerated; and

---

[1] "[#446]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3.  That the clerk of the court is directed to return the funds on deposit to plaintiff's counsel at Cohen Milstein Sellers & Toll, PLLC, c/o Michelle Yau, 1100 New York Avenue, N.W., Suite 500, Washington, D.C. 20005.

Dated February 16, 2018, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge